UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO MORGUTIA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT WONG, WARDEN,<br><br>　　　　　Respondent. | CASE NO. SA CV 07-1161-PA (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

　　　DATED:　　November 12, 2008.

　　　　　　　　　　　　　　　　　　　　　　/s/ Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\SA07CV01161PA-O.wpd