UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUMBERTO MORGUTIA, | ) | Case No. SA CV 07-1161-PA (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| ROBERT WONG, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>November 12, 2008</u>.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\SA07CV01161PA-J.wpd